**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8059**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

ARTHUR LEE GIVENS, a/k/a LA,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:94-cr-00145-GCM-5)

Submitted: January 15, 2009          Decided: January 26, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Arthur Lee Givens, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Gretchen C. F. Shappert, United States Attorney, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Lee Givens appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). In his informal appellate brief, Givens failed to challenge the district court's reasons supporting the denial of relief. Accordingly, Givens has forfeited appellate review of those issues. <u>See</u> 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>